FIDELITY UNION TRUST CO., respondent,

*v.*

UNION CEMETERY ASSOCIATION, appellant.

[Argued October 22d, 1946. Decided January 17th, 1947.]

*Mr. Israel B. Greene* and *Mr. William H. Speer,* for the appellant.

*Messrs. Hood, Lafferty & Emerson, Mr. Charles Danzig, Mr. Samuel Kaufman* and *Mr. Harry A. Augenblick,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *138 N. J. Eq. 50.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 14.

*For reversal*—None.